UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                               Case No. 22-CR-181

CLIFTON ROBINSON,

        Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

      Defendant Clifton Robinson is serving a sentence for Possession of a Firearm and/or Ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). On August 10, 2023, the court imposed a below-Guideline sentence of 78 months in the custody of the Bureau of Prisons, concurrent with a state-court sentence Robinson was then serving for violation of his extended supervision for a prior state conviction. On May 15, 2024, Robinson filed a motion to reduce his sentence pursuant to Amendment 821 of the Unites State Sentencing Guidelines and for appointment of counsel. The court denied the motion, but Robinson has since filed a motion for reconsideration, requesting that the court reduce his status points based on the same amendment. In the current motion, Robinson does not challenge the court's decision denying his motion to reduce his sentence; instead, he asks the court to reduce the criminal history points calculated in the presentence report, since 2 points are no longer awarded for the fact that the offense was committed while the defendant was under supervision due to a prior sentence.

      There is no doubt that, if Robinson were being sentenced today, he would be entitled to a reduction in the status points used in calculating his criminal history category. This should be

clear from the motion he previously filed, the Government's response, and the court's ultimate decision. The court has no further authority in addressing Robinson's request for a reduction in his points. The court does not have authority to modify his presentence report or take any further steps at this point.

Accordingly, the motion for reconsideration, Dkt. No. 33, is denied.

**SO ORDERED** at Green Bay, Wisconsin this 22nd day of January, 2025.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

2

Case 1:22-cr-00181-WCG   Filed 01/22/25   Page 2 of 2   Document 34