UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                  Case No. 22-CR-181

CLIFTON ROBINSON,

      Defendant.

## ORDER DENYING MOTION TO AMEND JUDGMENT

Defendant Clifton Robinson is serving a sentence for Possession of a Firearm and/or Ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  On August 10, 2023, the court imposed a below-Guideline sentence of 78 months in the custody of the Bureau of Prisons, concurrent with a state-court sentence Robinson was then serving for violation of his extended supervision for a prior state conviction.  On January 22, 2025 this court denied Robinson's motion to reduce his sentence and Robinson's appeal of that order remains pending before the Seventh Circuit Court of Appeals.  Attorney Nicole Henning was appointed to represent Robinson on appeal.  Now before the court is Robinson's pro se Motion to Amend Judgment.  For the following reasons, his motion is denied.

This court lacks jurisdiction to address Robinson's Motion to Amend Judgment because his case is on appeal.  "[A] district court may not interfere with [the court of appeals'] jurisdiction by amending a decision that is under appellate review. 'The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *United States v.*

*McHugh*, 528 F.3d 538, 540 (7th Cir. 2008) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).  For this reason alone, Robinson's motion must be denied.

The court notes that, even absent the jurisdictional bar, the Bureau of Prisons, and not this court, determines where Robinson serves his sentence and when he is eligible for release.  The court is unable to grant the relief Robinson seeks.

**SO ORDERED** at Green Bay, Wisconsin this 15th day of June, 2026.

William C. Griesbach
United States District Judge

2